■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR GONZALES, Appellant. [642 NYS2d 543] —Appeal by the defendant from a judgment of the County Court, Orange County (Byrne, J.), rendered April 14, 1995, convicting him of attempted assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Rosenblatt, J. P., Sullivan, Copertino, Santucci and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLENN GOODMAN, Appellant. [642 NYS2d 558] —Appeal by the defendant from a judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered May 24, 1995.

Ordered that the judgment is affirmed (*see, People v Kazepis,* 101 AD2d 816). O'Brien, J. P., Ritter, Pizzuto and Altman, JJ., concur.